UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES,<br><br>  Plaintiff,<br><br>  v.<br><br>GLOBAL FREIGHT MANAGEMENT, INC., et al.,<br><br>  Defendant. | No. 2:21-cv-01568-TLN-KJN<br><br>**ORDER** |

Plaintiff filed the instant action for breach of contract and subsequently filed a motion for default judgment. The matter was referred to the magistrate judge under Local Rule 302(c)(19).

On October 19, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed October 19, 2022, are ADOPTED;
2. Plaintiff's Motion for Default Judgment (ECF No. 12) is GRANTED;
3. Plaintiff is awarded final judgment in the amount of $348,577.35 in compensatory damages and prejudgment interest of $174.29/day from June 18, 2020, through the date of judgment; and
4. Plaintiff is granted leave to file a post-judgment motion for costs and attorneys' fees pursuant to Rule 54(d).

**DATED: December 15, 2022**

Troy L. Nunley
United States District Judge