UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES,<br><br>  Plaintiff,<br><br>  v.<br><br>GLOBAL FREIGHT MANAGEMENT, INC., et al.,<br><br>  Defendants. | No. 2:21-cv-01568-TLN-KJN<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Attorney's Fees.  (ECF No. 21.) No opposition has been filed.  Noting no opposition and for the reasons set forth in Plaintiff's motion, the Court GRANTS Plaintiff's motion and awards Plaintiff $711.31 in costs and $12,209.00 in attorneys' fees, for a total of $12,920.31.

IT IS SO ORDERED.

Date:  March 22, 2023

Troy L. Nunley
United States District Judge